# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations: yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | |
|---|---|---|---|---|
| Cash on hand and in banks | 5,000.00 | | Notes payable to banks—secured | 14,767.00 |
| U.S. Government securities—add schedule- | | | Notes payable to banks—unsecured | |
| Listed securities—add schedule | 418,729.00 | | Notes payable to relatives | 0 |
| Unlisted securities—add schedule | 0 | | Notes payable to others | 0 |
| Accounts and notes receivable: | 0 | | Accounts and bills due | 253,402.00 |
| Due from relatives and friends | | | Unpaid income tax | 0 |
| Due from others | | | Other unpaid tax and interest | 0 |
| Doubtful | | | Real estate mortgages payable—add schedule | |
| Real estate owned—add schedule | 452,500.00 | | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | | | Other debts—itemize: | |
| Autos and other personal property | 100,000.00 | | | |
| Cash value—life insurance | 6,000 00 | | | |
| Other assets—itemize: | | | | |
| 50% shareholder Garrison & Atterton (declared value) | 400,000 00 | | | |
| Profitsharing / 401K | *137,472.00 | | Total liabilities | 268,169.00 |
| *1994 profitsharing contribution will be made 3/15/95 | | | Net Worth | 1,161,532.00 |
| Total Assets | | | Total liabilities and net worth | 1,429,701.00 |
| CONTINGENT LIABILITIES | 1,429,701.00 | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor (50% line of credit*) | 7,500.00 | | Are any assets pledged? (Add schedule.)  no | |
| On leases or contracts | | | Are you defendant in any suits or legal actions?  no | |
| Legal Claims  estimated | | | Have you ever taken bankruptcy? | |
| Provision for Federal Income Tax | | | no | |
| Other special debt | | | | |

* law firm's line of credit

## ASSETS SCHEDULE

### Listed Securities

| | |
|---|---|
| Janus Mercury Mutual Fund (1669.094 shares) | $ 22,716.37 |
| Vista Growth & Income Mutual Fund (670.832 shares) | 19,154.50 |
| Vanguard Municipal Bond Fund Money Market Portfolio | 650.00 |
| Phoenix Growth Fund #3 | 20,182.00 |
| Nationwide Annuity 9/30/94 | 176,053.00 |
| Lindner Funds (957.799 shares) | 20,008.42 |
| Meridian Fund (1556.765 shares) | 39,105.94 |
| Strong Opportunity Fund (8881.463 shares) | 24,425.34 |
| Third Ave. Value Fund (2264.774 shares) | 38,433.21 |
| Children's Securities | 58,000.00 |

Children's Securities
AT&T
Bell South
Bell Atlantic
US West
Nynex
Ameritech

## REAL ESTATE OWNED SCHEDULE

| | |
|---|---|
| 219 Bishop Street<br>New Haven, CT | $ 247,000.00 |
| Hubbard Pines (50% ownership)<br>Blue Swamp Road<br>Litchfield, CT | 62,500.00 |
| 405-409 Orange Street (20% ownership)<br>New Haven, CT | 143,000.00 |

## LIABILITIES SCHEDULE

### Real Estate Mortgages

| | |
|---|---|
| New Haven Savings Bank | $ 161,877.00 |
| Torrington Savings Bank (50% of $39,335) | 19,668.00 |
| *First Federal (20% of $179,237) | 35,847.00 |
| *Center Bank (20% of $160,978.10) | 32,196.00 |
| *New Haven Savings Bank (20% of 19,071) | 3,814.20 |

### Secured Notes

| | |
|---|---|
| Center Bank | 9,600.00 |
| * New Haven Savings Bank (20% of 25,833.43) | 5,167.00 |

*real estate partnership obligation

| AO-19<br>Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>Arterton, Janet B. | 2. Court or Organization<br>United States District Court | 3. Date of Report<br>1/24/95 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Article III Judge | 5. Report Type (check appropriate type)<br>X Nomination, Date 1/23/95<br>X Initial ___ Annual ___ Final | 6. Reporting Period<br>January 1, 1994<br>to January 23, 1995 |
| 7. Chambers or Office Address<br>Garrison & Arterton, P.C.<br>405 Orange Street<br>New Haven, CT 06511 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Stockholder/President | Garrison & Arterton, P.C. |
| General Partner | GASWICK Properties |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| [Not yet negotiated] | Garrison & Arterton, P.C.; Joseph D. Garrison & Janet Bond Arterton |
| | (Terms of stock repurchase will be negotiated if confirmation occurs; pay out period anticipated to be over 4 to 8 years) |
| April, 1992<br>*Additional Info.)<br>See VIII. | GASWICK Properties; Lansing E. Crane; Gerald H. Kahn; Jonathan E. Silbert; Joseph D. Garrison; Janet Bond Arterton (20% general partnership in real property located at 405, 407 & 409 Orange St., New Haven, CT (expires |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.) 3/31/2007)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | Garrison & Arterton, P.C. — gross taxable income from law practice | 1993: $127,456<br>$1994: 124,323 |
| 2 | Yale Law School — income from teaching | $ 1993: 1,750 |
| 3 | Grad. School of Pol. Management at George Washington Univ. — Dean and professor salary and consultation | $ (S) |
| 4 1993 | Grinnell University — speech honoraria | $ (S) |
| 5 1993 | Connecticut College — speech honoraria | $ (S) |
| 1993 | Chatham House Publishers — book royalties | (S) |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Janet Bond Arterton | 1/24/95 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 Exempt | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 Exempt | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| 1 First Federal Bank | Commercial mortgage (20% real estate partnership obligation) | K |
| 2 Center Bank | Commercial mortgage (20% real estate partnership obligation) | K |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

*. VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

**FINANCIAL DISCLOSURE REPORT** (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Janet Pond Arterton | 1/24/95 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (J) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | E X E M P T | | | | |
| [1] Janus Mercury Mutual Fund (S) | A | Div | K | T | | | | | |
| [2] Vista Growth & Income Mutual Fund | A | Div | K | T | | | | | |
| [3] Phoenix Growth Fund (J) | A | Div | K | T | | | | | |
| [4] Nationwide Annuity (S) | A | Div | M | T | | | | | |
| [5] Lindner Funds (S) | A | Div | K | T | | | | | |
| [6] Meridian Funds (S) | A | Div | K | T | | | | | |
| [7] Strong Opportunity Fund (S) | A | Div | K | T | | | | | |
| [8] Third Avenue Value Fund (S) | A | Div | K | T | | | | | |
| [9] AT&T (DC) | A | Div | K | T | | | | | |
| [10] Bell South (DC) | A | Div | J | T | | | | | |
| [11] Bell Atlantic (DC) | A | Div | J | T | | | | | |
| [12] US West (DC) | A | Div | J | T | | | | | |
| [13] Nynex (DC) | A | Div | J | T | | | | | |
| [14] Ameritech (DC) | A | Div | J | T | | | | | |
| [15] Vanguard Municipal Bond Fund | A | Int | A | T | | | | | |
| [16] Real property at 405, 407, & 409 Orange St., New Haven | E | Rent | M | Q | | | | | |
| [17] First National Bank C.D. | A | Int | D | T | | | | | |
| [18] Garrison & Arterton Pension/Profit-Sharing Plan | A | Div | M | T | | | | | |
| [19] PAC Telesis (DC) | A | Div | J | T | | | | | |
| [20] Southwestern Bell (DC) | A | Div | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Janet Bond Arterton | Date of Report<br>1/24/95 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

II. AGREEMENTS (Additional Information)

Garrison & Arterton Pension/Profit-Sharing Plan: employee-participant in law firm's pension/profit-sharing/401K Plan; contributions will cease as of withdrawal from firm.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date 1/24/95

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544